WILLIAM H. KENNY and Another, Respondents, v. PHILIP COHEN and Another, Appellants.— Motion denied, with ten dollars costs.  Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Probate of the Last Will and Testament of GEORGE SIDNEY MALLERY, Deceased.— Motion denied, with ten dollars costs.  Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

JOHN CARLOW, an Infant, by MICHAEL F. CARLOW, His Guardian ad Litem, Appellant, v. JOHN A. MANNING PAPER COMPANY, Respondent.  MICHAEL F. CARLOW, Appellant, v. JOHN A. MANNING PAPER COMPANY, Respondent.— Motion denied, with ten dollars costs.  Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

FRANZ H. MOAK, as Trustee in Bankruptcy of MOHAWK BRICK CO., INC., Bankrupt, Respondent, v. JOSEPH VET, Individually and as Private Banker, Impleaded with FRANK H. WARDER, as Superintendent of Banks of the State of New York, Appellant.— Motion denied, with ten dollars costs.  Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

MARY SMITH, Respondent, v. JOSEPH SEERY, Appellant.— Motion denied, with ten dollars costs.  Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP KASTEL, Appellant, Impleaded with Others.— Motion for reargument denied.  Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

FRANK G. CROWDER and Another, Appellants, v. CHARLES F. DOOLEY, JR., Respondent.— Motion denied, without costs.  Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

MARY BORONKAY, as Administratrix, etc., of NICHOLAS BORONKAY, Deceased, Respondent, v. ROBINSON & CARPENTER, Appellant.— Motion denied, with ten dollars costs.  Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Claim of FLORENCE HIDALGO, Respondent, against LOUIS H. LIGGETT COMPANY and Another, Appellants.  STATE INDUSTRIAL BOARD, Respondent.— Motion denied.  Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Claim of ANNA BRANDECKER, Respondent, against WHITESTONE WEAVING COMPANY and Another, Appellants.  STATE INDUSTRIAL BOARD, Respondent.— Motion denied.  Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Claim of MARY MACHAJEWSKI, Respondent, against M. L. RUPP and Another, Appellants.  STATE INDUSTRIAL BOARD, Respondent.— Motion denied.  Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GRACE GRANGER (RUTH GRANGER), Respondent, v. HERBERT W. FOOTE, as Sheriff of the County of Tioga.  THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Motion denied.  Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

ADELAIDE M. CANTIN, Respondent, v. CHESTER D. GARDNER and Another, Appellants.— Motion denied.  Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.